# UNITED STATES DISTRICT COURT
# DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) <br> G-FEES ANTITRUST LITIGATION ) <br> ) <br> ) <br> This Document Relates To: ) <br> All Actions ) <br> ) | Civil Action No. 05-114 (RWR) <br> Judge Richard W. Roberts |

## [PROPOSED] ORDER GRANTING MOTION OF THE FEDERAL HOUSING FINANCE AGENCY TO INTERVENE AND TO STAY THESE PROCEEDINGS, *NUNC PRO TUNC*, FOR 135 DAYS

Upon consideration of the Motion of the Federal Housing Finance Agency to Interevne and to Stay the Proceedings, it is hereby

ORDERED this 13th day of November 2008 that the Motion is GRANTED, the Federal Housing Finance Agency is permitted to intervene in this action, and this matter is administratively closed and stayed, *nunc pro tunc*, for 135 days beginning on November 12, 2008. The parties shall confer and file by April 1, 2009 a joint status report and proposed order reflecting a schedule upon which this case should proceed.

/s/ RW Roberts
_____
United States District Court Judge

DC 2312535_1