UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>G-FEES ANTITRUST LITIGATION )<br>_____ )<br>)<br>This Document Relates To: )<br>All Actions )<br>_____ ) | Civil Action No. 05-00114 (RWR)<br><br>Judge Richard W. Roberts |

## [PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO STAY THESE PROCEEDINGS UNTIL JUNE 30, 2009

Upon consideration of the Parties' Joint Motion to Stay These Proceedings Until June 30, 2009, it is hereby

ORDERED this 6th day of March 2009 that the Motion is GRANTED and the matter is administratively closed and stayed until June 30, 2009. The parties shall confer and submit by June 30, 2009 a joint status report and proposed scheduling order for further proceedings.

_____
United States District Court Judge